CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RHo
JUL 2 4 2009
JOHN F. CORCORAN, CLERK
BY: HMcOone Co
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRY LEE DRAPER,<br>    Plaintiff, | Civil Action No. 7:09-cv-00189 |
| v. | **ORDER** |
| WESTERN VIRGINIA REGIONAL<br>    JAIL, <u>et al.</u>,<br>    Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge